**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-6527**

_____

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

JULIEN K. DILKS,

                              Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge. (CR-93-91)

_____

Submitted:  June 21, 2001              Decided:  July 3, 2001

_____

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Julien K. Dilks, Appellant Pro Se.  Thomas Linn Eckert, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Julien K. Dilks appeals the district court's order denying his petition for a writ of error coram nobis. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Dilks, No. CR-93-91 (W.D. Va. Mar. 8, 2001). We also decline to address the claims Dilks raises for the first time on appeal because he failed to show exceptional circumstances. Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993) (holding that issues raised for first time on appeal generally will not be considered absent exceptional circumstances, such as plain error or fundamental miscarriage of justice). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED